IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

THE SCHOOL OF THE OZARKS,
d/b/a College of the Ozarks; and
SHRINERS HOSPITALS FOR CHILDREN,
f/k/a Shriners Hospitals for Crippled Children                                    PLAINTIFFS

v.                              Case No. 3:12-CV-03013

TED SANDERS; CLINTON C. CZESCHZIN;
JERRY DON CUNNINGHAM; and
GAIL BETTENHAUSEN, AS TRUSTEES OF THE
HUBERT AND ALICE CORKE EDUCATIONAL TRUST                                           DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Consent Order filed contemporaneously herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Counts I and II of the Complaint are **DISMISSED WITH PREJUDICE**, and that judgment will enter in favor of Plaintiffs on Count II of the Complaint. This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

**IT IS SO ORDERED** this 19th day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE